**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**JUDSON JAMES SPENCER, JR.** :
:
    **Plaintiff**                    **CIVIL ACTION NO. 3:14-1704**
:
**v**
:     **(JUDGE MANNION)**
**BOROUGH OF MOOSIC,** *et al.*
:
    **Defendants**

## O R D E R

In accordance with the Memorandum issued this same day, the motion for sanctions, (Doc. 66), filed by the City of Pittston, a former defendant in the above-captioned case, is **DENIED**. The plaintiff's request for attorney's fees and costs, (Doc. 69), is also **DENIED**.

                                             s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**DATED: February 16, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1704-02-order.wpd